**\*\* E-filed August 13, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALINE TINDALL,<br><br>　　　　Plaintiff,<br>　v.<br><br>JETBLUE AIRWAYS CORP.; ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C12-02985 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT AND VACATING CASE MANAGEMENT CONFERENCE** |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management deadlines have been vacated, including the August 14, 2012 Initial Case Management Conference. All parties shall appear on **October 2, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 25, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. However, if a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: August 13, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-02985 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Edward Cullen | efcullen@wpclaw.com |
| Gina Beltramo | gallendorf@chdlawyers.com |
| Richard Grotch | rgrotch@chdlawyers.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**